IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:21-CR-374-1BO(2)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | INDICTMENT |
| | ) | |
| ALVIE SHANE DANIEL | ) | |

The Grand Jury charges that:

On or about July 26, 2019, in the Eastern District of North Carolina, at the Federal Medical Center in Butner, North Carolina, a place within the special maritime and territorial jurisdiction of the United States, the defendant, ALVIE SHANE DANIEL, willfully, deliberately, maliciously, and with premeditation and malice aforethought, did unlawfully kill G.P., in violation of Title 18, United States Code Sections 7(3) and 1111(a).

A TRUE BILL:

REDACTED VERSION
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

FOREPERSON

DATE: 10-5-2021

G. NORMAN ACKER, III
Acting United States Attorney

BY: ROBERT J. DODSON
Assistant United States Attorney
Criminal Division

1

FILED IN OPEN COURT
ON 10/6/21 BRH
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC